17-2795

17-2795

*Ingram*

*Ingram*

- v.

v.

*Moore, et al.*

*Moore, et al.*

SAMUEL H. MAYS, JR.

TU M. PHAM