**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

| | | |
|---|---|---|
| MELVIN INGRAM; | JACOB GREENWELL; | DARRELL ONSBY; |
| SHANTEL ADAMS; | LAWONDA HODGES; | FREDERICK RAYFORD; |
| DAVID BECK; | LAROME HUMPHREY; | JOHN RILES; |
| DWYANE BOWENS; | ROBERT KATALTEPE; | ASHLEY ROBERTSON; |
| ALFREDO CARDENAS; | JOHN LINTNER; | DEANDRE ROSSER; |
| VERONICA CLEAVES; | KEESHA MCCLINTON; | DUSTIN RUSSELL; |
| MARCUS COCHRAN; | LAKISHA MCCOY; | PATRICK SHAW; |
| ROBERT COLUCCI; | CLIFTON MCCOY; | CEDRIC TAYLOR |
| LESLIE CREWS; | DEDRECK MCVAY; | JESSE TOWNSEND; and |
| ERIC FLAKE; | HARRY OLIVER; | STEVEN WESBY; |

Individually and as potential class
Representatives for all similarly
Situated claimants                                    )
    **PLAINTIFFS**                          )
                                                                  )
**VS.**                                                          )
                                                                  )
BILL OLDHAM, in his individual capacity     )
and in his official capacity as the Sheriff of    )   **NO: 2:17-cv-02795-SHM-tmp**
Shelby County, Tennessee; ROBERT            )
MOORE, in his individual capacity and in    )   **JURY DEMAND**
his official capacity as the Jail Director of      )
the Shelby County, Tennessee; CHARLENE )
McGHEE, in her individual capacity and in   )
her official capacity as the of Assistant Chief )
Jail Security of Shelby County, Tennessee;   )
DEBRA HAMMONS, in her individual           )
capacity and in her official capacity as the    )
Assistant Chief of Jail Programs of Shelby    )
County, Tennessee; SHELBY COUNTY,        )
TENNESSEE, a Tennessee municipality;       )
and TYLER TECHNOLOGIES, INC., a          )
foreign corporation, and other unknown       )
and unnamed Individuals and Entities,           )
    **DEFENDANTS**

**NOTICE OF APPEARANCE OF COUNSEL**

1

**To the Clerk of Court and all parties of record:**

  Please notice my appearance as a counsel of record on behalf of plaintiffs and potential class representatives listed above.

**Dated**:  November 1, 2017

                **Respectfully submitted,**

                s/Matt Gulotta (TN BPR #28194)
                MATTHEW C. GULOTTA, BPR#28194
                202 Adams Avenue
                Memphis, TN 38103
                Main: (901) 213-6648
                Fax: (901) 410-5373
                matt@gulottalaw.net