## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN INGRAM; | JACOB GREENWELL; | DARRELL ONSBY; |
| SHANTEL ADAMS; | LAWONDA HODGES; | FREDERICK RAYFORD; |
| DAVID BECK; | LAROME HUMPHREY; | JOHN RILES; |
| DWYANE BOWENS; | ROBERT KATALTEPE; | ASHLEY ROBERTSON; |
| ALFREDO CARDENAS; | JOHN LINTNER; | DEANDRE ROSSER; |
| VERONICA CLEAVES; | KEESHA MCCLINTON; | DUSTIN RUSSELL; |
| MARCUS COCHRAN; | LAKISHA MCCOY; | PATRICK SHAW; |
| ROBERT COLUCCI; | CLIFTON MCCOY; | CEDRIC TAYLOR |
| LESLIE CREWS; | DEDRECK MCVAY; | JESSE TOWNSEND; and |
| ERIC FLAKE; | HARRY OLIVER; | STEVEN WESBY; |

Individually and as potential class
Representatives for all similarly
Situated claimants                       )
    **PLAINTIFFS**                       )
                                           )
**VS.**                                  )
                                           )
BILL OLDHAM, in his individual capacity  )
and in his official capacity as the Sheriff of )   **NO: 2:17-cv-02795-SHM-tmp**
Shelby County, Tennessee; ROBERT         )
MOORE, in his individual capacity and in )   **JURY DEMAND**
his official capacity as the Jail Director of )
the Shelby County, Tennessee; CHARLENE   )
McGHEE, in her individual capacity and in )
her official capacity as the of Assistant Chief )
Jail Security of Shelby County, Tennessee; )
DEBRA HAMMONS, in her individual         )
capacity and in her official capacity as the )
Assistant Chief of Jail Programs of Shelby )
County, Tennessee; SHELBY COUNTY,        )
TENNESSEE, a Tennessee municipality;     )
and TYLER TECHNOLOGIES, INC., a         )
foreign corporation, and other unknown   )
and unnamed Individuals and Entities,    )
    **DEFENDANTS**

## NOTICE OF SUMMONS

1

**To the Clerk of Court:**

Please see attached Summons for Defendants in the above-styled action. Plaintiffs respectfully request execution by the Clerk for purposes of service of process.

**Dated**:	November 6, 2017

**Respectfully submitted,**

s/Matt Gulotta (TN BPR #28194)
MATTHEW C. GULOTTA, BPR#28194
202 Adams Avenue
Memphis, TN 38103
Main: (901) 213-6648
Fax: (901) 410-5373
matt@gulottalaw.net
