# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN INGRAM; | JACOB GREENWELL; | DARRELL ONSBY; |
| SHANTEL ADAMS; | LAWONDA HODGES; | FREDERICK RAYFORD; |
| DAVID BECK; | LAROME HUMPHREY; | JOHN RILES; |
| DWYANE BOWENS; | ROBERT KATALTEPE; | ASHLEY ROBERTSON; |
| ALFREDO CARDENAS; | JOHN LINTNER; | DEANDRE ROSSER; |
| VERONICA CLEAVES; | KEESHA MCCLINTON; | DUSTIN RUSSELL; |
| MARCUS COCHRAN; | LAKISHA MCCOY; | PATRICK SHAW; |
| ROBERT COLUCCI; | CLIFTON MCCOY; | CEDRIC TAYLOR |
| LESLIE CREWS; | DEDRECK MCVAY; | JESSE TOWNSEND; and |
| ERIC FLAKE | HARRY OLIVER; | STEVEN WESBY; |

Individually and as potential class
Representatives for all similarly
Situated claimants

**PLAINTIFFS**                                   )

VS.                                              )        NO:2:17-cv-02795
                                                 )
BILL OLDHAM, in his individual capacity          )        **CLASS ACTION COMPLAINT**
and in his official capacity as the Sheriff of   )        **FOR VIOLATIONS OF THE**
**CIVIL**
Shelby County, Tennessee; ROBERT                 )        **RIGHTS ACT OF 1871, 42 U.S.C.**
MOORE, in his individual capacity and in         )        **§1983 & TENNESSEE COMMON**
his official capacity as the Jail Director of    )        **LAW**
the Shelby County, Tennessee; CHARLENE           )
McGHEE, in her individual capacity and in        )        **JURY TRIAL DEMANDED**
her official capacity as the of Assistant Chief  )        **PURSUANT TO FED. R. CIV.**
Jail Security of Shelby County, Tennessee;       )        **P. 38(a) & (b)**
DEBRA HAMMONS, in her individual                 )
capacity and in her official capacity as the     )
Assistant Chief of Jail Programs of Shelby       )
County, Tennessee; SHELBY COUNTY,                )
TENNESSEE, a Tennessee municipality;             )
and TYLER TECHNOLOGIES, INC., a                  )
foreign corporation, and other unknown           )
and unnamed Individuals and Entities,            )
    **DEFENDANTS**

NOTICE OF APPEARANCE

Comes Now, Daniel Lofton and gives notice of appearance as counsel for Plaintiffs in this cause.

        Respectfully submitted,

        __/s/ Daniel Lofton___
        Daniel Lofton, #27386
        2400 Poplar Ave., Ste. 210
        Memphis, TN 38112
        901-849-5256

### CERTIFICATE OF SERVICE

I, Daniel Lofton, do hereby certify that I have caused to be delivered a true copy of the foregoing document to all counsel of record via the Court's electronic case filing system (ECF) on this the 14th day of November, 2017.

        Submitted,

        __/s/ Daniel Lofton_____
        Daniel Lofton