# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN INGRAM; | JACOB GREENWELL; | DARRELL ONSBY; |
| SHANTEL ADAMS; | LAWONDA HODGES; | FREDERICK RAYFORD; |
| DAVID BECK; | LAROME HUMPHREY; | JOHN RILES; |
| DWAYNE BOWENS; | ROBERT KATALTEPE; | ASHLEY ROBERTSON; |
| ALFREDO CARDENAS; | JOHN LINTNER; | DEANDRE ROSSER; |
| VERONICA CLEAVES; | KEESHA McCLINTON; | DUSTIN RUSSELL; |
| MARCUS COCHRAN; | LAKISHA MCCOY; | PATRICK SHAW; |
| ROBERT COLUCCI; | CLIFTON MCCOY; | CEDRIC TAYLOR; |
| LESLIE CREWS; | DEDRECK MCVAY; | JESSE TOWNSEND; AND |
| ERIC FLAKE; | HARRY OLIVER; | STEVEN WESBY |

Individually and as potential class
Representatives for all similarly
Situated claimants

**PLAINTIFFS**   )
                 )
**VS.**          )
                 )
BILL OLDHAM, in his individual capacity and in  )
his official capacity as the Sheriff of Shelby  )
County, Tennessee; ROBERT MOORE, in his         )
individual capacity and in his official capacity as )
the Jail Director of the Shelby County, Tennessee; )
CHARLENE McGHEE, in her individual capacity     )
and in her official capacity as the Assistant Chief )   NO:  2:17-cv-02795 SHM
Jail Security of Shelby County, Tennessee;      )
DEBRA HAMMONS, in her individual capacity       )
and in her official capacity as the Assistant Chief of )
Jail Programs of Shelby County, Tennessee;      )
SHELBY COUNTY, TENNESSEE, a Tennessee          )
municipality; and TYLER TECHNOLOGIES,          )
INC., a foreign corporation, and other unknown  )
and unnamed Individuals and Entities,           )

**DEFENDANTS.**

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT TYLER TECHNOLOGIES, INC.

COMES NOW Defendant Tyler Technologies, Inc. ("Tyler") and for its unopposed motion for extension of time to file its response to the Complaint, states as follows:

1. The Plaintiffs filed their complaint in the United States District Court for the Western District of Tennessee, Western Division on October 31, 2017. Tyler was served with the Complaint on November 16, 2017.

2. The deadline for responding to the Complaint is December 7, 2017.

3. In light of the Thanksgiving holiday and upcoming holidays, the parties have agreed that Tyler Technologies should have a 30 day extension to Monday, January 8, 2018 to file its response to the Complaint in this matter, subject to the Court's approval of the same.

4. Counsel for the parties conferred and Plaintiffs do not object to this extension.

WHEREFORE, Defendant Tyler Technologies, respectfully moves this Court for an order extending its time to file a response to the Complaint herein to January 8, 2018.

          Respectfully submitted,

          s/ Bradley E. Trammell
          Bradley E. Trammell (# 13980)
          BAKER DONELSON BEARMAN
          CALDWELL & BERKOWITZ
          165 Madison Ave. Ste. 2000
          Memphis, TN 38103
          Telephone: 901-526-2000
          btrammell@bakerdonelson.com

          Beth Bivans Petronio (pro hac vice forthcoming)
          Texas Bar No. 00797664
          K&L GATES, LLP
          1717 Main Street, Suite 2800
          Dallas, Texas 75201
          Telephone: (214) 939-5500
          beth.petronio@klgates.com

## CERTIFICATE OF CONSULTATION

Brad Trammell, counsel for Defendants, consulted with Steve Wilson, one of Plaintiffs' counsel on November 29, 2017, and Plaintiffs' counsel informed Defendants' counsel that Plaintiffs have no objection to the requested extension of time.

                                                     s/ Bradley E. Trammell
                                                     Bradley E. Trammell

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 1, 2017, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System and/or email to:

Daniel O. Lofton
2400 Poplar Avenue, Suite 210
Memphis, TN  38112

Steve G. Wilson
5100 Poplar Avenue, Suite 2700
Memphis, TN  38137

Patrick M. Brooks
2299 Union Avenue
Memphis, TN  38104

Paul F. Craig
2400 Poplar Avenue, Suite 210
Memphis, TN  38112

Matthew C. Gulotta
202 Adams Avenue
Memphis, TN  38103

                                                     s/ Bradley E. Trammell
                                                     Bradley E. Trammell

4849-3968-4951 v1
2939324-000001 11/30/2017