# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| MELVIN INGRAM; SHANTEL ADAMS; DAVID BECK; DWAYNE BOWENS; ALFREDO CARDENAS; VERONICA CLEAVES; MARCUS COCHRAN; ROBERT COLUCCI; LESLIE CREWS; ERIC FLAKE; JACOB GREENWELL; LAWONDA HODGES; LAROME HUMPHREY; ROBERT KATALTEPE; JOHN LINTNER; KEESHA MCCLINTON; LAKISHA MCCOY; CLIFTON MCCOY; DEDRECK MCVAY; HARRY OLIVER; DARRELL ONSBY; FREDERICK RAYFORD; JOHN RILES; ASHLEY ROBERTSON; DEANDRE ROSSER; DUSTIN RUSSELL; PATRICK SHAW; CEDRIC TAYLOR; JESSE TOWNSEND; AND STEVEN WESBY, Individually and as Potential Class Representatives for All Similarly Situated Claimants,<br><br>           Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>           Defendants. | **Civil Action No. 2:17-cv-02795-SHM-tmp**<br><br>(**Hon. Judge Samuel H. Mays**) |

## DEFENDANTS BILL OLDHAM, ROBERT MOORE, CHARLENE MCGHEE, SHELBY COUNTY, TENNESSEE'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND

Defendants Bill Oldham, Robert Moore, Charlene McGhee, Shelby County, Tennessee ("Shelby County Defendants") file its Unopposed Motion to Extend Time to Respond, stating:

1. On October 31, 2017, above-named plaintiffs filed their Class Action Complaint ("Complaint"). The Shelby County defendants were served with the Complaint on November 21, 2017.

2. The deadline to respond to the Complaint is December 12, 2017.

3. In light of the holiday season, Plaintiffs' have no objection to an extension for the Shelby County Defendants to respond to the Complaint. The parties have agreed to Monday, January 8, 2018 as the extended deadline for the Shelby County Defendants to respond to the Complaint, subject to the Court's approval.

4. The parties do not oppose this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendants Bill Oldham, Robert Moore, Charlene McGhee, Shelby County, Tennessee respectfully request that the Court extend the subject response deadline to Monday, January 8, 2018.

Respectfully submitted,

/s/ Odell Horton, Jr.
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Amber D. Floyd (#29160)
Wyatt Tarrant & Combs LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
afloyd@wyattfirm.com

AND

E. Lee Whitwell (# 33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950

                                                            Memphis, TN  38103
                                                            (901) 222-2100
                                                            lee.whitwell@shelbycountytn.gov
                                                           *Counsel for Shelby County Defendants*

## **CERTIFICATE OF CONSULTATION**

On November 30, 2017, the counsel for the parties conferred via e-mail regarding the matters set forth in this Motion.  On the same day, Steve Wilson, counsel for Plaintiffs, agreed to the Shelby County Defendants' request for an extension via e-mail.  The parties do not oppose this Motion.

                                                            /s/ Odell Horton, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 1, 2017, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

| | |
|---|---|
| Daniel O. Lofton<br>2400 Poplar Avenue, Suite 210<br>Memphis, TN 38112 | Bradley E. Trammell<br>Baker, Donelson, Bearman, Caldwell & Berkowitz<br>165 Madison Avenue, Suite 2000<br>Memphis, TN  38103 |
| Steve G. Wilson<br>5100 Poplar Avenue, Suite 2700<br>Memphis, TN 38137 | |
| Patrick M. Brooks<br>2299 Union Avenue<br>Memphis, TN 38104 | Beth Petronio<br>K&L Gates<br>1717 Main Street, Suite 2800<br>Dallas, Texas  75201 |
| Paul F. Craig<br>2400 Poplar Avenue, Suite 210<br>Memphis, TN 38112 | /s/ Odell Horton, Jr. |
| Matthew C. Gulotta<br>202 Adams Avenue<br>Memphis, TN 38103 | 61681848.1 |