IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**MELVIN INGRAM, et al.,**

    **Plaintiffs,**

**v.**                                             Cv. No. 17-2795-SHM/tmp

**BILL OLDHAM, et al.,**

    **Defendants.**

---

### ORDER GRANTING MOTION FOR EXTENSION TO ANSWER

---

Before the Court is the December 1, 2017 motion of defendant Tyler Technologies, Inc. for an extension of time to respond to the complaint (D.E. 17). For good cause shown, the motion is GRANTED. Defendant Tyler Technologies, Inc. shall have until January 8, 2018 to file a responsive pleading.

SO ORDERED this 6th day of December, 2017.

                               *s/   Samuel H. Mays, Jr.*
                               SAMUEL H. MAYS, JR.
                               UNITED STATES DISTRICT JUDGE