```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

**MELVIN INGRAM, et al.,**

    Plaintiffs,

v.                                              Cv. No. 17-2795-SHM/tmp

**BILL OLDHAM, et al.,**

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION TO ANSWER

Before the Court is the December 1, 2017 motion of defendants Bill Oldham, Robert Moore, Charlene McGhee, and Shelby County, Tennessee ("Shelby County Defendants") for an extension of time to respond to the complaint (D.E. 19). For good cause shown, the motion is GRANTED. The Shelby County Defendants shall have until January 8, 2018 to file a responsive pleading.

SO ORDERED this 6th day of December, 2017.

                        *s/ Samuel H. Mays, Jr.*
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE