IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MELVIN INGRAM, et al.,

      Plaintiffs,

VS.                                   Cv. No. 17-2795-SHM/tmp

BILL OLDHAM, et al.,

      Defendants.

---

### ORDER GRANTING MOTION FOR EXPEDITED STATUS CONFERENCE

---

Before the Court is the December 1, 2017 unopposed motion for an expedited status conference in this matter (D.E. 18).  For good cause shown, the motion is GRANTED.  The court will hold a **status conference** on **Tuesday, December 19, 2017 at 9:00 a.m.**

SO ORDERED this 12th day of December, 2017.

_s/   Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE