# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MELVIN INGRAM; SHANTEL ADAMS; DAVID
BECK; DWAYNE BOWENS; ALFREDO
CARDENAS; VERONICA CLEAVES; MARCUS
COCHRAN; ROBERT COLUCCI; LESLIE CREWS;
ERIC FLAKE; JACOB GREENWELL; LAWONDA
HODGES; LAROME HUMPHREY; ROBERT
KATALTEPE; JOHN LINTNER; KEESHA
MCCLINTON; LAKISHA MCCOY; CLIFTON
MCCOY; DEDRECK MCVAY; HARRY OLIVER;
DARRELL ONSBY; FREDERICK RAYFORD;
JOHN RILES; ASHLEY ROBERTSON; DEANDRE
ROSSER; DUSTIN RUSSELL; PATRICK SHAW;
CEDRIC TAYLOR; JESSE TOWNSEND; AND
STEVEN WESBY, Individually and as Potential Class
Representatives for All Similarly Situated Claimants,

      Plaintiffs,
                    Civil Action No. 2:17-cv-02795-
                    SHM-tmp

v.

BILL OLDHAM, in his individual capacity and in his
official capacity as the Sheriff of Shelby County,
Tennessee; ROBERT MOORE, in his individual
capacity and in his official capacity as the Jail Director
of Shelby County, Tennessee; CHARLENE
MCGHEE, in her individual capacity and in her
official capacity as the Assistant Chief of Jail Security
of Shelby County, Tennessee; DEBRA HAMMONS,
in her individual capacity and in her official capacity
as the Assistant Chief of Jail Programs of Shelby
County, Tennessee; SHELBY COUNTY,
TENNESSEE, a Tennessee municipality; and TYLER
TECHNOLOGIES, INC., a foreign corporation,
      Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that E. Lee Whitwell of the Shelby County Attorney's Office hereby appears for and will represent the interests of Defendants Bill Oldham, Robert Moore, Charlene McGhee, and Shelby County in this civil action. By the appearance of counsel, these Defendants do not waive any procedural right, substantive right, immunity, or defense they have or may have. This Notice is being filed for the purpose of notifying the Court and the other parties of the representation.

Respectfully submitted,

*/s/ E. Lee Whitwell*
E. LEE WHITWELL (#33622)
lee.whitwell@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100

*Attorney for Defendants Bill Oldham, Robert Moore, Charlene McGhee, and Shelby County*

2

<u>Certificate of Service</u>

I certify that the foregoing is being filed via the Court's ECF system this 13th day of December, 2017, for service on all persons registered in connection with this case, including the following:

Daniel O. Lofton
2400 Poplar Avenue, Suite 210
Memphis, TN 38112

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell &
Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201

Steve G. Wilson
5100 Poplar Avenue, Suite 2700
Memphis, TN 38137

Patrick M. Brooks
2299 Union Avenue
Memphis, TN 38104

Paul F. Craig
2400 Poplar Avenue, Suite 210
Memphis, TN 38112

Matthew C. Gulotta
202 Adams Avenue
Memphis, TN 38103

*/s/ E. Lee Whitwell*