UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

*Thomas M. Gould, Clerk*　　　　　　　　　　　　　　　　　　　　　　　　*Deputy-in-Charge*
*242 Federal Building*　　　　　　　　　　　　　　　　　　　　　　*U.S. Courthouse, Room 262*
*167 N. Main Street*　　　　　　　　　　　　　　　　　　　　　　　*111 South Highland Avenue*
*Memphis, Tennessee 38103*　　　　　　　　　　　　　　　　　　　　*Jackson, Tennessee  38301*
*(901) 495-1200*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(731) 421-9200*

NOTICE OF SETTING
Before Judge Samuel H. Mays, Jr., United States District Judge

December 15, 2017

RE:   17-2795-SHM/tmp
　　　Melvin Ingram, et al. v. Bill Oldham, et al.

Dear Sir/Madam:

A  **STATUS CONFERENCE** has been **SET** before **Judge Samuel H. Mays, Jr.** on **TUESDAY, DECEMBER 19, 2017** at **9:00 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

Out-of-town counsel may participate in the conference by telephone and may call in to the following conference line:

　　　Call # 1-877-848-7030
　　　Access Code: 5600724#
　　　Participant password: 2795#

If you have any questions, please contact me at the number provided below, or contact Ms. Zandra Frazier, the Court's case manager, at 901-495-1277.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　s/ *Jean Lee*
　　　　　　　　　　　　　　　　　　Jean Lee, Judicial Assistant
　　　　　　　　　　　　　　　　　　901-495-1283
　　　　　　　　　　　　　　　　　　E-mail: jean_lee@tnwd.uscourts.gov