# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL, et al, | )<br>) |
| Plaintiffs, | ) **No. 2:16-cv-2907-SHM-tmp**<br>) Consolidated with:<br>) **No. 2:17-cv-2015-SHM-dkv** |
| v. | ) |
| BILL OLDHAM, et al, | )<br>) |
| Defendants. | )<br>) |
| MELVIN INGRAM, et al. | )<br>) |
| Plaintiffs, | )<br>) **No. 2:17-cv-2795-SHM-tmp** |
| v. | ) |
| ROBERT MOORE, et al, | )<br>) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME
## FOR PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT

On April 7, 2018, plaintiffs in *Melvin Ingram, et al. v. Robert Moore, et al.,* 2:17-cv-2795-SHM-tmp, ("Ingram case"), filed their motion for an extension of time to file a consolidated complaint in both the Ingram case (ECF 29), and in *Powell et al. v. Bill Olham, et al.*, ("Powell case"), 2:16-cv-2907-SHM-tmp (ECF 91). For good cause shown, the mtoion is GRANTED.

**IT IS HEREBY ORDERED** that plaintiffs in both the Ingram and Powell case shall have until April 23, 2018 to file their consolidated complaint in case number 2:16-cv-2907.

ENTERED this 9th day of April, 2018

                                        *s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE