IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MELVIN INGRAM, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 17-cv-2795-SHM-tmp |
| v. | ) ) | |
| ROBERT MOORE, et al., | ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Pursuant to this Court's March 9, 2018 Order in <u>Issacca Powell, et al. v. Bill Oldham, et al.</u>, (the "Powell Case") 2:16-cv-2907-SHM-tmp (W.D. Tenn.), ECF No. 89; this action is consolidated with the Powell Case.  The consolidated action shall proceed in this Court under Case No. 2:16-cv-2907 and be styled <u>Powell, et al. v. Oldham, et al.</u>

So ordered this 11th day of May, 2018.

                                                 */s/ Jon P. McCalla*
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE
                                                FOR SAMUEL H. MAYS
                                                UNITED STATES DISTRICT JUDGE