## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

| | | |
|---|---|---|
| MELVIN INGRAM; | JACOB GREENWELL; | DARRELL ONSBY; |
| SHANTEL ADAMS; | LAWONDA HODGES; | FREDERICK RAYFORD; |
| DAVID BECK; | LAROME HUMPHREY; | JOHN RILES; |
| DWYANE BOWENS; | ROBERT KATALTEPE; | ASHLEY ROBERTSON; |
| ALFREDO CARDENAS; | JOHN LINTNER; | DEANDRE ROSSER; |
| VERONICA CLEAVES; | KEESHA MCCLINTON; | DUSTIN RUSSELL; |
| MARCUS COCHRAN; | LAKISHA MCCOY; | PATRICK SHAW; |
| ROBERT COLUCCI; | CLIFTON MCCOY; | CEDRIC TAYLOR |
| LESLIE CREWS; | DEDRECK MCVAY; | JESSE TOWNSEND; and |
| ERIC FLAKE; | HARRY OLIVER; | STEVEN WESBY; |

Individually and as potential class
Representatives for all similarly
Situated claimants

    **PLAINTIFFS**

**VS.**       NO: 17-cv-2795

BILL OLDHAM, in his individual capacity
and in his official capacity as the Sheriff of
Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity and in
his official capacity as the Jail Director of
the Shelby County, Tennessee; CHARLENE
McGHEE, in her individual capacity and in
her official capacity as the of Assistant Chief
Jail Security of Shelby County, Tennessee;
DEBRA HAMMONS, in her individual
capacity and in her official capacity as the
Assistant Chief of Jail Programs of Shelby
County, Tennessee; SHELBY COUNTY,
TENNESSEE, a Tennessee municipality;
and TYLER TECHNOLOGIES, INC., a
foreign corporation, and other unknown
and unnamed Individuals and Entities,

    **DEFENDANTS**

---

### JOINT STIPULATION IN RE: PLAINTIFFS UNNAMED
### IN CONSOLIDATED CLASS ACTION COMPLAINT

---

THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

1) On March 9, 2018 (Doc. 89) this Honorable Court issued an order granting Defendants' Motion to Consolidate the instant action with *Powell et al. vs. Shelby County et al.* (16-cv-2907).

2) The Consolidated Complaint is likely to reduce the number of originally named Plaintiffs in the instant action from thirty (30) to three (3).

3) If class certification is granted in the consolidated case, the removal of these twenty-seven (27) individuals as named lead Plaintiffs in the consolidated complaint shall not prejudice any such individual's rights if any such individual is determined to be a member of any certified class.

4) If class certification is denied in the consolidated case, the removal of these twenty-seven (27) individuals as named lead Plaintiffs in the consolidated complaint shall not prejudice any such individual's rights to pursue an individual claim, to the extent permitted by applicable law.

**COUNSEL FOR PLAINTIFFS**

**Respectfully submitted,**

/s/ Daniel O. Lofton
DANIEL O. LOFTON, BPR#27386
2400 Poplar Ave., Ste. 210
Memphis, TN 38112
(901) 526-7837 Phone
dlofton@craigandloftonlaw.com


/s/ Steve Wilson
STEVE G. WILSON, BPR#28460
5100 Poplar Ave., Ste. 2700
Memphis, TN 38137
steve@stevewilsonfirm.com



/s/ Matt C. Gulotta
MATTHEW C. GULOTTA, BPR#28194
202 Adams Avenue

Memphis, TN 38103
matt@gulottalaw.net

*Attorneys, Plaintiffs/Class Representatives*

**Stipulated to**

**/s/Bradley Trammell**

Bradley Trammell

Atty. For Tyler Technologies

**Stipulated to,**

**/s/Odell Horton**

Odell Horton

Atty. For Shelby County

## CERTIFICATE OF SERVICE

    I, Daniel Lofton, do hereby certify that I have conveyed a true and correct copy of the foregoing to all counsel of record on this the 7th day of June, 2018.

Submitted,

/s/ Daniel O. Lofton
DANIEL O. LOFTON