IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>      Plaintiffs,<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign Corporation,<br><br>      Defendants. | Case No. 2:16-cv-2907-SHM/tmp |

## JOINDER OF DEFENDANT SIERRA-CEDAR, INC. IN SHELBY COUNTY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY

Comes now Defendant, Sierra-Cedar, Inc., and respectfully joins in Defendant Shelby County's Response in Opposition to Plaintiffs' Motion For Substitution of Party

filed with this Court, and hereby incorporates Shelby County's Response by reference pursuant to Fed. R. Civ. P. 10 (c).

                                             Respectfully submitted,

                                             **SPICER RUDSTROM, PLLC**

                                             BY:  <u>s/ Albert G. McLean</u>
                                                      KEVIN D. BERNSTEIN (TN #18543)
                                                      ALBERT G. MCLEAN (TN # 5150)
                                                      119 S. Main Street, Suite 700
                                                      Memphis, Tennessee 38103
                                                      (901) 523-1333 – Phone
                                                      (901) 526-0213 – Fax
                                                      kdb@spicerfirm.com
                                                      amclean@spicerfirm.com

                                                 *Attorneys for Defendant, Sierra-*
                                                 *Cedar, Inc.*

## CERTIFICATE OF SERVICE

      I certify that the foregoing is being filed via the Court's ECF system this 20th day of September, 2019, for service on all persons registered in connection with this case, including:

| | |
|---|---|
| Michael G. McLaren<br>William E. Cochran, Jr.<br>Brice M. Timmons<br>Black McLaren Jones Ryland & Griffee PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>MMcLaren@blackmclaw.com<br>wcochran@blackmclaw.com<br>btimmons@blackmclaw.com<br><br>Frank L. Watson<br>William F. Burns<br>Watson Burns, PLLC<br>253 Adams Avenue<br>Memphis, TN 38104<br>fwatson@watsonburns.com<br>bburns@watsonburns.com<br><br>*Counsel for Plaintiffs* | Douglas F. Halijan<br>William David Irvine<br>Burch Porter & Johnson<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>dhalijan@bpjlaw.com<br>wirvine@bpjlaw.com<br><br>*Counsel for Defendant Software AG USA, Inc.*<br><br>Heather Gwinn-Pabon<br>Erin McDaniel<br>Gordon Rees Scully Mansukhani, LLP<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br>hgwinn@grsm.com<br><br>*Counsel for Defendant Sierra Systems Group,* |

2

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell &
Berkowitz
165 Madison Avenue, Suite 2800
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K & L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

*Inc.*

Robert E. Craddock, Jr.
Odell Horton, Jr.
Byron Brown
Meghan Cox
Wyatt Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis, TN 38119
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

and

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN 38103
lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard and Tiffany Ward*

s/Albert G. McLean
ALBERT G. MCLEAN

3