## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| MELVIN INGRAM, et al., ) ) Plaintiffs, ) ) v. ) ) ROBERT MOORE, et al., ) ) Defendants. ) ) ) | No. 17-cv-02795-SHM-tmp |

### ORDER ADMINISTRATIVELY CLOSING CASE

On May 11, 2018, this Court entered an order consolidating the above captioned case with Powell, et al. v. Oldham, et al., 2:16-cv-2907-SHM-tmp. (D.E. No. 31.) "Historically, in this district, when cases are consolidated, they are normally assigned the earlier-filed case number, and the other case is generally administratively closed." Ach Food Companies, Inc. v. Wiscon Corp., No. 04-2589-BV, 04-2892-MIV, 2004 WL 3314916, at *1 (W.D. Tenn. Dec. 30, 2004).

The case was not administratively closed when the cases were consolidated. The Court administratively closes it now.

SO ORDERED this 31st day of March, 2021.

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE